Case 1:08-cv-00742-UNA   Document 4   Filed 04/29/2008   Page 1 of 1

FILED
APR 29 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Akube W. Ndoromo, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0742 |
| Judge Emmet G. Sullivan, | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 11th day of April 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A(b)(2), this case is DISMISSED with prejudice. This is a final appealable Order.

United States District Judge

